# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**RODNEY KENT**<br>    Defendant. | **CRIMINAL ACTION NO. 18-417** |

## ORDER

Rufe, J.                                                                                                           September 28, 2020

**AND NOW,** this 28th day of September 2020, upon consideration of Defendant's Motion for Release Pending Trial [Doc. No. 69], the government's response, a hearing held on September 8, 2020, and after careful, independent review of the record, it is hereby **ORDERED** that:

The Defendant's motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**