# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 18-417** |
| : | |
| **RODNEY KENT** : | |
| : | |

## ORDER

**AND NOW,** this 3rd day of March 2021, upon consideration of Defendant Rodney Kent's Motion to Suppress Statements [Doc. No. 86], the Government's response thereto, a Pretrial Evidentiary Hearing [Doc. No. 98], and the respective proposed findings of fact and conclusions of law, it is hereby **ORDERED** that Kent's Motion to Suppress is **DENIED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**